UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

               v.                                             Civil No. 09-mc-5-SM

William H. Bayerle

## O R D E R

I herewith approve the [5] Report and Recommendation of Magistrate Judge James R. Muirhead dated April 9, 2009, no objection having been filed.

The taxpayer, William H . Bayerle, is ordered to obey the summons and appear on June 2, 2009 at 9 :30 a .m . at 80 Daniel Street, Portsmouth, New Hampshire, before Andrea L . Mahoney, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of November 4, 2008 .

It is further ordered that the government be awarded its costs .

SO ORDERED.

Date:   April 30, 2009                /s/ Steven J. McAuliffe
                                   Steven J. McAuliffe
                                   Chief Judge

cc:   Michael T. McCormack, AUSA
       William H. Bayerle, pro se